LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 954-2380
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA –EASTERN DIVISION

| | |
|---|---|
| VERONICA LORRAINE ORONA, | Case No. 5:23-cv-02099-JC |
|     Plaintiff, | ORDER AWARDING EAJA FEE |
| v. | |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | |
|     Defendant. | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED NINTY-TWO DOLLARS AND 28/100 ($4,792.28) and zero costs ($0.00), subject to the terms of the stipulation.

    DATE:  May 29, 2024

                                    /s/
                      HONORABLE JACQUELINE CHOOLJIAN
                      UNITED STATES MAGISTRATE JUDGE